**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Governor Greg Abbott in his official capacity as the Governor of Texas v. County of Fort Bend, Texas |
| Appellate case number: | 01-21-00453-CV |
| Trial court case number: | 21-DCV-286148 |
| Trial court: | 434th District Court |

It is anticipated that this case will be set for submission on April 27, 2022. In connection with the planned docketing of the case for submission, the parties are ordered to provide the following information within 14 days of this Order, meaning no later than **April 12**, to the extent each party is listed as being subject to the requests below.

(1) **Appellant only**: Appellant argues that "GA-38 is a valid exercise of the Governor's authority under the Disaster Act," the Governor has immunity, the county does not have standing, and district courts lack statutory authority to enjoin the Governor.

Identify all cases in which any of these same claims are currently being argued to Texas courts, and provide the status of each case. Of particular interest is whether another court has ruled or will be ruling imminently on these claims.

(2) **Appellant and Appellee**: The appellate courts have an obligation to consider their appellate jurisdiction.

The Governor cites as the basis for his authority the Disaster Act. Given the current status of COVID infections and hospitalizations and the current status of "mask mandates," provide legal argument and authority whether the issues being appealed are moot, leaving this Court without subject-matter jurisdiction.

(3)     **Appellant and Appellee**: When the briefs were filed, both parties requested oral argument.

Confirm whether oral argument is still desired.

It is so ORDERED.

Judge's signature: __/s/_Sarah Beth Landau_____

       ☑ Acting individually     ☐ Acting for the Court

Date: March 29, 2022_____